IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILNICK MONPREMIER,

    Petitioner,

v.                                    CASE NO. 4:05-cv-00384-MP-AK

MICHAEL CHERTOFF, et al.,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 23, Report and Recommendation of the Magistrate Judge, recommending that the habeas petition of Mr. Monpremier be denied. The time for filing objections has passed and none have been filed. In fact, the Report and Recommendation was returned as undeliverable, and previously Mr. Monpremier did not respond to the Respondents' motion to dismiss. Since it is the responsibility of the Petitioner to comply with Court deadlines and to keep the Court apprised of his correct address, the Court agrees with the Magistrate Judge that this case should be dismissed without prejudice. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.     This action is dismissed without prejudice, and the clerk is directed to close the file.

    **DONE AND ORDERED** this _21st_ day of March, 2007

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge